

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2021

No. 04-21-00219-CV

Emily **YOUNG** and Albert Morrison,
Appellants

v.

Eldon **ROALSON**; Roalson Interests, Inc.; Douglas Miller II; and Jim Guy Egbert,
Appellees

From the 454th  Judicial District Court, Medina County, Texas
Trial Court No. 17-09-24412-CV
The Honorable Daniel J. Kindred, Judge Presiding

## O R D E R

A copy of appellant's notice of appeal was filed in this court on May 25, 2021.  In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served.  The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s).  An amended notice of appeal has not been filed.

It is therefore **ORDERED** that Stephen N. Foster file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order.   If appellant fails to file an amended notice of appeal within the time provided, an order may be issued directing Mr. Foster to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal.  The clerk of this court shall cause a copy of this order to be served on Mr. Foster by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

It is so **ORDERED** on June 30, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court